PROB 12A
(6/16)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2021

SEAN F. MCAVOY, CLERK

# United States District Court

**for the**

**Eastern District of Washington**

## Report on Offender Under Supervision

***(No Action Requested)***

Name of Offender: David Chavez

Case Number: 0980 1:21CR02035-SAB-1

Name of Sentencing Judicial Officer: The Honorable Daniel L. Hovland, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 19, 2018

Type of Supervision: Term of Supervised Release

Original Offense: Attempted Coercion and Enticement of a Minor, 18 U.S.C. § 2422(a)

Date Supervision Commenced: August 31, 2021

Original Sentence: Prison 48 - M; TSR - 60 M

Date Supervision Expires: August 30, 2026

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning. |

**Supporting Evidence:** Mr. Chavez is alleged to have violated his conditions of supervised release by consuming marijuana on or about December 8, 2021.

On September 8, 2021, conditions of release were reviewed and signed by Mr. Chavez, acknowledging an understanding of special condition number 1, which requires him to abstain from consuming marijuana.

On December 8, 2021, Mr. Chavez reported to Merit Resource Services (Merit) and provided a urinalysis (UA) sample that tested presumptive positive for tetrahydrocannabinol (THC). The sample was sent to Alere Toxicology Services, Incorporated, for confirmation. While at Merit, Mr. Chavez signed an admission/denial form denying he consumed THC.

On December 13, 2021, this officer contacted Mr. Chavez by telephone and asked about the presumptive positive UA for THC. Mr. Chavez admitted he consumed THC by inhaling from a marijuana joint.

**U.S. Probation Officer Action**:

It has been made clear to Mr. Chavez that his behavior is unacceptable and is in violation of his supervised release conditions for consuming THC.

Mr. Chavez was reminded of the potential consequence of continued violation behavior. Mr. Chavez has accepted responsibility for his actions and agreed to make better choices in the future about the people with whom he is socializing.

Mr. Chavez discussed the relapse with his substance abuse counselor, and they have created a treatment plan focused on relapse prevention. Mr. Chavez will remain on the colorline system with Merit providing at least two random UAs a month. Mr. Chavez remains fully employed at Shields Bag & Printing Company.

Based on the above information, this officer recommends no action be taken at this time. However, should Mr. Chavez have future failures to comply, he will be referred to the Court to address his behavior.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: December 13, 2021

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

[ X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Stanley A. Bastian
Signature of Judicial Officer

12/14/2021
Date