PROB 12C
(6/16)

Report Date: February 16, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Chavez                    Case Number: 0980 1:21CR02035-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Daniel L. Hovland, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 19, 2018

| | | |
|---|---|---|
| Original Offense: | Attempted Coercion and Enticement of a Minor, 18 U.S.C. § 2422(a) | |
| Original Sentence: | Prison - 48 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: August 31, 2021 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 30, 2026 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning. |

**Supporting Evidence**:  Mr. Chavez is alleged to have violated his conditions of supervised release by consuming marijuana on or before January 19, and February 11, 2022.

On September 8, 2021, conditions of release were reviewed and signed by Mr. Chavez, acknowledging an understanding of special condition number 1, which requires him to abstain from consuming marijuana.

On January 19, 2022, Mr. Chavez reported to Merit Resource Services (Merit) and provided a urinalysis (UA) sample that tested presumptive positive for tetrahydrocannabinol (THC). The sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation. While at Merit, Mr. Chavez signed an admission/denial form denying he consumed THC.

Prob12C
**Re: Chavez, David**
**February 16, 2022**
**Page 2**

On January 26, 2022, Alere confirmed Mr. Chavez' positive UA for THC on January 19, 2022, was a new usage since December 8, 2021.

On February 14, 2022, this officer contacted Mr. Chavez by telephone and asked about the presumptive positive UA for THC on January 19, 2022. Mr. Chavez admitted he consumed THC by inhaling from a marijuana joint, but denied use since January 19, 2022.

On February 15, 2022, this officer contacted Mr. Chavez by telephone and confronted about the presumptive positive UA for THC on February 11, 2022. Mr. Chavez admitted he consumed THC from February 1, to February 6, 2022.

2    **Special Condition #7**:  You are not allowed to reside in the home, residence, or be in the company of any child under the age of 18; or date or socialize with anybody who has children under the age of 18, without the prior approval of the United States Probation Office.

**Supporting Evidence**: Mr. Chavez is alleged to have violated his conditions of supervised release by having contact with a child under the age of 18 on or about October 29, 2021.

On September 8, 2021, conditions of release were reviewed and signed by Mr. Chavez, acknowledging an understanding of special condition number 7, which requires him to not have contact with any child under the age of 18.

On February 15, 2022, this officer was reviewing Mr. Chavez' supervised release conditions with him when Mr. Chavez stated he used FaceTime to talk to his son four or five times, but he did not know the exact dates. When asked the last time he had contact with his son, Mr. Chavez's stated 2 days before Halloween, which would be on or abut October 29, 2021, using FaceTime.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 16, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

**Prob12C**
**Re: Chavez, David**
**February 16, 2022**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ X]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

2/17/2022
_____
Date