PROB 12C
(6/16)

Report Date: July 27, 2022

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Chavez                    Case Number: 0980 1:21CR02035-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Toppenish, WA  98948

Name of Sentencing Judicial Officer:  The Honorable Daniel L. Hovland, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 19, 2018

Original Offense:        Attempted Coercion and Enticement of a Minor, 18 U.S.C. § 2422(a)

Original Sentence:       Prison - 48 months               Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Michael Davis Murphy             Date Supervision Commenced: August 31, 2021

Defense Attorney:        Federal Defenders Office         Date Supervision Expires: August 30, 2026

## PETITIONING THE COURT

To issue a summons.

On September 8, 2021, conditions of release were reviewed and signed by Mr. Chavez, acknowledging an understanding of special condition number 1, which requires him to abstain from consuming marijuana.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning. |
| | **Supporting Evidence**:  Mr. Chavez is alleged to have violated his conditions of supervised release by consuming marijuana on or before July 7, 2022. |
| | On July 7, 2022, Mr. Chavez reported to Merit Resource Services (Merit) and provided a urinalysis (UA) sample that tested presumptive positive for tetrahydrocannabinol (THC). The sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation. While at Merit, Mr. Chavez signed an admission/denial form denying he consumed THC. On July 15, 2022, Alere confirmed Mr. Chavez' positive UA for THC from July 7, 2022. |

Prob12C
Re: Chavez, David
July 27, 2022
Page 2

On July 15, 2022, this officer contacted Mr. Chavez by telephone and asked about the presumptive positive UA for THC on July 7, 2022. Mr. Chavez was adamant that he had not consumed THC on or around that date. This officer advised Mr. Chavez that paperwork would be submitted to the Court to address his alleged violation; Mr. Chavez indicated he understood.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 27, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  Other

Stanley A. Bastian

Signature of Judicial Officer

7/28/2022

Date