PROB 12C
(6/16)

Report Date: December 12, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Chavez | Case Number: 0980 1:21CR02035-SAB-1 |
| Address of Offender: ███████████, Toppenish, WA  98948 | |

Name of Sentencing Judicial Officer:  The Honorable Daniel L. Hovland, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 19, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Attempted Coercion and Enticement of a Minor, 18 U.S.C. § 2422(a) | | |
| Original Sentence: | Prison - 48 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: | August 31, 2021 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: | August 30, 2026 |

## PETITIONING THE COURT

To issue a summons.

On September 8, 2021, conditions of release were reviewed and signed by Mr. Chavez, acknowledging an understanding of special condition number 1, which requires him to abstain from consuming marijuana.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning. |
| | **Supporting Evidence**:  Mr. Chavez is alleged to have violated his conditions of supervised release by consuming marijuana/tetrahydrocannabinol (THC), on or before December 3, 2022. |
| | On December 6, 2022, this officer received a text message from Mr. Chavez stating that he reported to Merit Resource Services (Merit) that day and provided a urinalysis (UA) sample that tested presumptive positive for THC. While at Merit, Mr. Chavez signed an admission/denial form admitting he consumed THC on December 3, 2022. |

Prob12C
Re: Chavez, David
December 12, 2022
Page 2

On December 7, 2022, this officer received a phone call from staff at Merit, stating that Mr. Chavez' UA had returned presumptive positive for THC and Mr. Chavez had admitted consumption of THC. This officer requested that Merit staff send the UA to the lab for an accurate baseline of THC levels, Merit staff indicated they would do so.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 12, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

12/13/2022
Date