PROB 12C
(6/16)

Report Date: January 25, 2023

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: David Chavez | Case Number: 0980 1:21CR02035-SAB-1 |
| Address of Offender: ███████████████, Toppenish, WA 98948 | |

Name of Sentencing Judicial Officer: The Honorable Daniel L. Hovland, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 19, 2018

| | |
|---|---|
| Original Offense: | Attempted Coercion and Enticement of a Minor, 18 U.S.C. § 2422(a) |
| Original Sentence: | Prison - 48 months  TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael Davis Murphy |
| | Date Supervision Commenced: August 31, 2021 |
| Defense Attorney: | Nick Mirr |
| | Date Supervision Expires: August 30, 2026 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on December 12, 2022.

On September 8, 2021, conditions of release were reviewed and signed by Mr. Chavez, acknowledging an understanding of special condition number 1, which requires him to abstain from consuming marijuana.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #1**: You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning. |
| | **Supporting Evidence**: Mr. Chavez is alleged to have violated his conditions of supervised release by consuming tetrahydrocannabinol (THC), on or before December 30, 2022. |
| | On January 19, 2023, this officer received a telephone call from staff at Merit Resource Services (Merit) stating that Mr. Chavez' urinalysis (UA) had returned presumptive positive for THC. While at Merit, Mr. Chavez denied consuming THC. This officer requested Merit staff send the UA sample to the laboratory for confirmation of levels. |

Prob12C
Re: Chavez, David
January 25, 2023
Page 2

Later that same day, this officer received a telephone call from Mr. Chavez whereby Mr. Chavez voiced his frustration at receiving a positive UA for THC, as he denied consuming THC since the middle of December 2022.

On January 20, 2023, Mr. Chavez admitted the last time he consumed THC was on December 30, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 25, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

1/27/2023

Date