PROB 12C
(6/16)

Report Date: June 1, 2023

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Chavez | Case Number: 0980 1:21CR02035-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Toppenish, WA 98948 | |

Name of Sentencing Judicial Officer:  The Honorable Daniel L. Hovland, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 19, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Attempted Coercion and Enticement of a Minor, 18 U.S.C. § 2422(a) | | |
| Original Sentence: | Prison - 48 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: | August 31, 2021 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: | August 30, 2026 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on December 12, 2022, and January 27, 2023.

On September 8, 2021, conditions of release were reviewed and signed by Mr. Chavez, acknowledging an understanding.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #3**: You must participate in a drug/alcohol dependency treatment program as approved by the supervising probation officer.<br><br>**Supporting Evidence**:  Mr. Chavez is alleged to have violated his conditions of supervised release by being terminated from outpatient substance abuse treatment at Merit Resource Services (Merit) on May 12, 2023.<br><br>On May 12, 2023, this officer received a telephone call from staff at Merit stating Mr. Chavez was terminated from outpatient substance abuse treatment for numerous no-call/no-shows and a lack of attendance at required Alcoholics Anonymous/Narcotics Anonymous (AA/NA) meetings.  Merit staff stated they had tried many times to work with Mr. Chavez, however, he failed to follow through with the substance abuse contract with them. |

Prob12C
**Re: Chavez, David**
**June 1, 2023**
**Page 2**

On May 15, 2023, this officer received a telephone call from Mr. Chavez. This officer informed Mr. Chavez the probation office had received notice he had been terminated from substance abuse treatment, and Mr. Chavez admitted he had missed numerous classes and was not surprised he had been terminated. This officer informed Mr. Chavez that being terminated from substance abuse treatment was a violation and the Court would be notified. Mr. Chavez voiced his understanding. In addition, Mr. Chavez expressed his desire to re-engage in outpatient substance abuse treatment through the Barth Clinic (Barth).

On May 24, 2023, this officer received confirmation from Barth that Mr. Chavez was scheduled to commence outpatient substance abuse treatment on June 1, 2023.

4   **Special Condition #2**: You must submit to drug/alcohol screening at the direction of the United States Probation Officer to verify compliance. Failure or refusal to submit to testing can result in mandatory revocation. Tampering with the collection process or specimen may be considered the same as a positive test result.

**Supporting Evidence**: Mr. Chavez is alleged to have violated his conditions of supervised release by tampering with the urinalysis (UA) collection process on May 18, 2023.

On May 18, 2023, a United States probation officer (USPO) received a telephone call from staff at Merit stating Mr. Chavez had reported to submit to a UA and attempted to utilize a fake urine device which had been seized by Merit staff. Mr. Chavez informed Merit staff his UA would be dirty, however, he refused to sign an admission statement at that time. The USPO spoke with Mr. Chavez and informed him that failure to provide a UA sample would result in a violation of his supervised release conditions. Mr. Chavez indicated his understanding and stated he was then ready to provide a UA sample to Merit staff.

On May 19, 2023, this officer attempted to contact Mr. Chavez via telephone, however, there was no answer and no voicemail had been set up.

On May 22, 2023, this officer received a telephone call from Mr. Chavez. Mr. Chavez admitted to this officer that he had utilized a fake urine device on May 18, 2023, to alter his UA.

5   **Special Condition #1:** You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning.

**Supporting Evidence:** Mr. Chavez is alleged to have violated his conditions of supervised release by consuming tetrahydrocannabinol (THC), on or before May 17, 2023.

On May 19, 2023, this officer attempted to contact Mr. Chavez via telephone, however, there was no answer and no voicemail had been set up.

On May 22, 2023, this officer received a telephone call from Mr. Chavez. Mr. Chavez admitted to this officer that he knew his UA would be dirty on May 18, 2023, because he had consumed three THC joints throughout the day on May 17, 2023. Mr. Chavez stated he also admitted to the UA staff at Merit that he had consumed THC on May 17, 2023.

Prob12C
Re: Chavez, David
June 1, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 1, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

### THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

6/2/2023
Date