PROB 12C
(6/16)

Report Date: August 4, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Chavez    Case Number: 0980 1:21CR02035-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , Toppenish, WA  98948

Name of Sentencing Judicial Officer:  The Honorable Daniel L. Hovland, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 19, 2018

Original Offense:       Attempted Coercion and Enticement of a Minor, 18 U.S.C. § 2422(a)

Original Sentence:      Prison - 48 months              Type of Supervision: Supervised Release
                        TSR - 60 months

Asst. U.S. Attorney:    Michael Davis Murphy            Date Supervision Commenced: August 31, 2021

Defense Attorney:       Nick Mirr                       Date Supervision Expires: August 30, 2026

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on December 12, 2022; January 27, and June 1, 2023.

On September 8, 2021, conditions of release were reviewed and signed by Mr. Chavez, acknowledging an understanding.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #1**: You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C.§ 802 or state statute, unless prescribed by licensed medical practitioner; and any use of inhalants or psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning. |
| | **Supporting Evidence**:  Mr. Chavez is alleged to have violated his conditions of supervised release by consuming alcohol on July 12, 2023. |
| | On July 19, 2023, this officer received a telephone call from Mr. Chavez whereby Mr. Chavez admitted to consuming a few beers prior to his July 12, 2023, urinalysis (UA) test at Barth Clinic (Barth).  This officer informed Mr. Chavez he had also received the test results from Barth, and they returned positive for both alcohol and tetrahydrocannabinol (THC).  Mr. Chavez denied consuming THC since May 17, 2023. |

Prob12C
Re: Chavez, David
August 4, 2023
Page 2

That same day, this officer spoke via telephone with Mr. Chavez' counselor at Barth, who confirmed that although Mr. Chavez has been consistently attending his counseling sessions, he had a positive UA on July 12, 2023. After discussing with Mr. Chavez' counselor, it appears this was a new usage of THC since he had negative UAs on June 26, and July 5, 2023, at Merit.

On July 20, 2023, this officer made contact at Mr. Chavez' residence for a routine home inspection. At that time, this officer informed Mr. Chavez a violation report would be submitted due to the positive UA for alcohol and THC, Mr. Chavez voiced his understanding.

7    **Special Condition #1:** You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by licensed medical practitioner; and any use of inhalants or psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning.

**Supporting Evidence**: Mr. Chavez is alleged to have violated his conditions of supervised release by consuming THC on July 12, 2023.

Please refer to the supporting evidence narrative found in Violation #6.

8    **Mandatory Condition #1:** You must not commit another federal, state, or local crime.

**Supporting Evidence:** Mr. Chavez is alleged to have violated his conditions of supervised release by committing another local crime, driving under the influence (DUI), Yakima Municipal Court case number 3A0568253, on July 23, 2023.

On July 23, 2023 at approximately 7:16 p.m., a Yakima Police Department (YPD) officer was dispatched to South First and East Beech Streets in the City and County of Yakima, Washington, for an accident with injuries. Call comments stated there was a white vehicle, CBZ9552, northbound on First Street going approximately 100 miles-per-hour, and the vehicle, shortly after, wrecked. The suspect male driver was possibly attempting to leave. The male was wearing a yellow shirt and shorts, and was described as bald.

Upon arrival, the YPD officer called out to officers advising them multiple vehicles were on fire. The YPD officer ran over to a bald male bleeding from his face, wearing a yellow shirt and shorts. The YPD officer told the male medical personnel was en route to the location. The male had slurred speech and was losing his balance while standing. The YPD officer could smell the odor of intoxicants coming from his person. The YPD officer asked him if other people were inside the car, and the male stated he was the only one in the car. It appeared the male wanted to continue to walk away. The YPD officer advised him he was under arrest for DUI at that time.

The YPD officer walked the male over to a patrol vehicle. The male continued to have difficulties with his balance, and his speech was loud and slurred. The YPD officer searched his person incident to arrest, located his Washington State driver's license, and positively identified him as David Chavez, date of birth December 29, 1993.

The YPD officer read Mr. Chavez his Miranda rights. Mr. Chavez stated he did not want to speak at that time. The YPD officer moved the patrol vehicle away from the fire as the vehicles began to give off loud sounds of explosions. The YPD officer photographed Mr. Chavez' person and has since uploaded the photos to digital evidence.

Medical personnel arrived and officers transferred Mr. Chavez to an ambulance. A YPD officer rode with Mr. Chavez to Multi Care Memorial Hospital. Mr. Chavez stated the following in the ambulance, "I got alcohol in my system, not going to lie."

A YPD officer followed up with a witness who stated they saw Mr. Chavez step out of the vehicle and observed Mr. Chavez run back to the vehicle, change his shirt into the yellow shirt he wore, grab a cooler, and run away again. This cooler was located later and contained a bottle of Cognac, Red Bull, and Sprite inside of it, with blood on it.

Witnesses stated Mr. Chavez was driving very fast on South First Street; he lost control of his vehicle, sheered off a wooden light pole and a stop sign at South First and Beech Streets. He then continued northwest and struck five parked vehicles. Mr. Chavez' vehicle caught fire and then caught the other vehicles on fire.

Given Mr. Chavez' medical status, YPD officers could not do the standardized sobriety tests with him, nor were officers able to get him to provide a sample of breath because he was being treated at the hospital. The YPD officer authored a search warrant for Mr. Chavez' blood and contacted a judge. Probable cause was found for the arrest and bail was ordered. The YPD officer then contacted the judge on a recorded line and the judge found probable cause and granted the search warrant for blood.

The YPD officer drove to Multi Care Memorial Hospital with a search warrant and a DUI kit. The YPD officer provided the phlebotomist and Mr. Chavez with a copy of the search warrant. The YPD officer read Mr. Chavez the final page of the DUI packet concerning blood draws and the search warrant. The phlebotomist used the DUI kit provided, and the YPD officer observed the phlebotomist withdraw two vials of blood from Mr. Chavez' right arm. The YPD officer provided the phlebotomist and Mr. Chavez with a receipt for the property seized. Mr. Chavez was medically cleared and booked into the Yakima County Jail for DUI.

On July 24, 2023, this officer received notification that Mr. Chavez had been arrested by YPD and charged with a DUI. Mr. Chavez posted bail this same date and is currently scheduled for a court hearing for the above case on August 18, 2023.

9   **Special Condition #1**: You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C.§ 802 or state statute, unless prescribed by licensed medical practitioner; and any use of inhalants or psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning.

**Supporting Evidence**: Mr. Chavez is alleged to have violated his conditions of supervised release by consuming alcohol on July 23, 2023.

Please refer to the supportive evidence narrative found in Violation #8.

Prob12C
Re: Chavez, David
**August 4, 2023**
Page 4

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 4, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

8/7/2023
Date