PROB 12C
(6/16)

Report Date: April 29, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Chavez                    Case Number: 0980 1:21CR02035-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮    Toppenish, WA  98948

Name of Sentencing Judicial Officer:  The Honorable Daniel L. Hovland, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 19, 2018

| | | |
|---|---|---|
| Original Offense: | Attempted Coercion and Enticement of a Minor, 18 U.S.C. § 2422(a) | |
| Original Sentence: | Prison - 48 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>(November 29, 2023) | Prison - Credit for time served<br>(104 days)<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: November 29, 2023 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: November 28, 2026 |

### PETITIONING THE COURT

To issue a summons.

On December 5, 2023, the supervised release conditions were reviewed and signed by Mr. Chavez acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #11**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:  Mr. Chavez is considered to be in violation of his supervised release conditions by consuming a controlled substance, cocaine, on April 23, 2024.<br><br>On April 26, 2024, this officer received a text message from Mr. Chavez. He stated that he had missed his colorline urinalysis (UA) the previous day, April 25, 2024, because his phone was turned off. However, he could report to Merit Resource Services (Merit) on that day in |

Prob12C
Re: Chavez, David
April 29, 2024
Page 2

Sunnyside, Washington, to make up the UA. This officer contacted the Merit staff and informed them that Mr. Chavez would be reporting for a UA that day.

Later that day, Mr. Chavez called this officer regarding his UA. He claimed that he provided a UA to Merit, but it was sent to the lab for being presumptive positive for cocaine. Mr. Chavez said that he wanted to be honest about his relapse and contact this officer before Merit staff did.

This officer asked Mr. Chavez when and why he had consumed cocaine. He explained that he consumed cocaine on Tuesday, April 23, 2024, because he was a little upset about a few family members being arrested in the most recent indictment.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 29, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/2/2024

Date