PROB 12C
(6/16)

Report Date: June 17, 2025

# United States District Court

#### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Chavez                                Case Number: 0980 1:21CR02035-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮   Toppenish, WA  98948

Name of Sentencing Judicial Officer:  The Honorable Daniel L. Hovland, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 19, 2018

| | | |
|---|---|---|
| Original Offense: | Attempted Coercion and Enticement of a Minor, 18 U.S.C. § 2422(a) | |
| Original Sentence: | Prison - 48 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>(November 29, 2023) | Prison - Credit for time served (104 days)<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: November 29, 2023 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: November 28, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On December 5, 2023, conditions of release were reviewed and signed by Mr. Chavez, acknowledging an understanding.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1:** You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence:** Mr. Chavez is alleged to have violated his conditions of supervised release being arrested and charged with driving under the influence (DUI), Yakima Municipal Court case number 5A0587382, on June 15, 2025.<br><br>On June 14, 2025, at approximately 11:11 p.m., a Yakima Police Department captain (YPDC) was on duty, in full uniform, driving his assigned patrol vehicle, a blue, unmarked Ford F150 equipped with 360-degree light-emitting diode emergency lights. YPDC was stationary at First and Yakima Avenues when he observed Mr. Chavez turning north on North Second Avenue from Yakima Avenue, at a high rate of speed. The YPDC turned to follow Mr. Chavez. When the YPDC arrived at Second Avenue, Mr. Chavez was on Martin |

Luther King Boulevard (MLK), clearing driving at speeds higher than the speed limit. When Mr. Chavez stopped at the stop light at MLK and North Second Avenue, the YPDC was able to catch up to him. The YPDC followed behind Mr. Chavez as he drove east on MLK. Mr. Chavez straddled the skip line in the 10th block of MLK.

After stopping at the stop light at First Street, the YPDC continued to monitor Mr. Chavez' driving. Mr. Chavez' vehicle straddled the skip line from the 10th block to the 100 block of MLK. Mr. Chavez then made rapid and random lane changes between the three lanes of MLK, which is a one way heading east. Mr. Chavez accelerated to approximately 35-40 miles-per-hour (mph). In the 800 block, Mr. Chavez' vehicle straddled the skip line again, seemingly undecided about which lane to drive in. Mr. Chavez turned south on North Ninth Street. The YPDC activated his vehicle's emergency lights, at which time Mr. Chavez threw a half case of beer out the passenger side of his vehicle.

Mr. Chavez turned west on Staff Sergeant Pendleton Way, coming to a stop. Mr. Chavez was driving a vehicle with Washington State license plate number CRH8861. The YPDC contacted Mr. Chavez, asking him if he knew why he stopped him. Mr. Chavez stated he did not. YPDC asked him about the discarded beer. Mr. Chavez initially denied it, and later admitting to discarding it. YPDC asked if he had anything to drink. Mr. Chavez stated he had one beer. The Yakima Police Department DUI Enforcement Officer (YPDDEO) arrived and took over the impaired driver investigation. After completing the Standardized Field Sobriety Tests, Mr. Chavez was taken into custody for suspicion of DUI.

Mr. Chavez was identified as the driver via his Washington State driver's license, David Chavez, date of birth (DOB) December 29, 1993.

A check of Mr. Chavez' criminal history revealed one prior DUI with a guilty verdict on July 23, 2023. A Department of Licensing check revealed Mr. Chavez' driving status as third degree suspended/revoked, with an ignition interlock restriction. The YPDDEO completed a citation, number 5A0587382 for DUI, third degree driving while license suspended, and ignition interlock violation. Mr. Chavez called a family member to take possession of his car key. A short time later, a male identified as Melchor Chavez, DOB June 27, 1963, arrived and took the car keys. Mr. Chavez was booked into the Yakima City Jail without incident.

2   **Mandatory Condition #1:** You must not commit another federal, state, or local crime.

**Supporting Evidence:** Mr. Chavez is alleged to have violated his conditions of supervised release by being arrested and charged with third degree driving with license suspended, Yakima Municipal Court case number 5A0587382, on June 15, 2025.

Please refer to the supportive evidence narrative found in Violation #1.

3   **Mandatory Condition #1:** You must not commit another federal, state, or local crime.

**Supporting Evidence:** Mr. Chavez is alleged to have violated his conditions of supervised release by being arrested and charged with operating vehicle without an ignition interlock device, Yakima Municipal Court case number 5A0587382, on June 15, 2025.

Please refer to the supportive evidence narrative found in Violation #1.

Prob12C
Re: Chavez, David
June 17, 2025
Page 3

    4    **Special Condition #12**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: Mr. Chavez is alleged to have violated his conditions of supervised release by consuming alcohol on June 14, 2025.

        Please refer to the supportive evidence narrative found in Violation #1.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 17, 2025

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/17/2025
Date